**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------------X
LUISA D.,

                Plaintiff,                                  23 **CIVIL** 5148 (GRJ)

      -against-                                    **JUDGMENT**

COMMISSIONER OF SOCIAL SECURITY,

                Defendant.
-----------------------------------------------------------------X

    It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons set forth in the Court's Decision & Order dated June 3, 2024, plaintiff's Motion for Judgment on the Pleadings (Docket No. 14) is GRANTED, and this case is remanded for further proceedings consistent with this Decision and Order.

**Dated:** New York, New York
          June 3, 2024

                                                        **RUBY J. KRAJICK**

                                                            Clerk of Court

                                    **BY:**

                                                            **Deputy Clerk**